# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

THAO T. LE,

                Plaintiff,

      v.

CAPITAL ONE AUTO FINANCE, et al.,

                Defendants.

Case No. 18-cv-05647-BLF

**ORDER DENYING RELATION**

[Re: ECF 19]

      The Court finds that the case *Nguyen v. US Bank*, Case No. 18-cv-5648-EJD (N.D. Cal.) is not related to the above-captioned action.

      **IT IS SO ORDERED.**

Dated: October 4, 2018

_____
BETH LABSON FREEMAN
United States District Judge